**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

\*    **IN THE**

\*    **COURT OF APPEALS**

**v.**

\*    **OF MARYLAND**

\*    **Misc. Docket AG No. 36, September Term, 2019**

**JAMES JOSEPH FOURNIER**

\*

\*    **(No. 472794-V, Circuit Court for Montgomery County)**

### O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, James Joseph Fournier, to indefinitely suspend the Respondent from the practice of law, it is this 14th day of August, 2020,

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, James Joseph Fournier, be indefinitely suspended from the practice of law in the State of Maryland for violating Rules 1.1, 1.2, 1.3, 1.4, 3.3, 8.1(b), and 8.4(a), (c), and (d) of the Rules of Professional Conduct; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of James Joseph Fournier from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk